# UNITED STATES DISTRICT COURT
## Northern District of California

## CIVIL MINUTES

Date:    September 13, 2019        Judge:    JON S. TIGAR
Time:    1 hour, 5 minutes

Case No.    18-cv-00136-JST
Case Name   **Ian Iljas v. Ripley Entertainment Inc.**

Attorney(s) for Plaintiff(s):    Mani Sheik
Attorney(s) for Defendant(s):   Jerome Rubin

Deputy Clerk:   Kelly Collins          Court Reporter:   Sarah Goekler

## PROCEEDINGS

Final Pretrial Conference – Held.

## RESULT OF HEARING

Motions in limine are argued and submitted by the parties and ruled on as recited on the record by the Court.

Parties shall meet and confer as to whether Ripley intends to assert its rights under any agreement with any witness and notify the Court by Thursday 9/19/19.

The Court withdraws the Order to Show Cause.

Trial is set for three weeks (12 court days, 16 trial hours per week). Four hours of witness testimony per day with two 15-minute breaks. Trial begins at 8:00 with counsel. Jury to be seated by 8:30 a.m.

Court to issue order.