UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IAN ILJAS,<br><br>           Plaintiff,<br><br>    v.<br><br>RIPLEY ENTERTAINMENT INC.,<br><br>           Defendant. | Case No. 18-cv-00136-JST<br><br>**ORDER RE TIME LIMITS AT TRIAL AND VOIR DIRE** |

This order follows up on an issue that was left unaddressed at the September 13, 2019 pretrial conference.  *See* ECF No. 127 at 39-40.

Trial will proceed Monday through Thursday from 8:30 a.m. to 1:30 p.m. unless otherwise ordered by the Court, except that jurors may deliberate on Fridays.  Counsel are required to arrive at 8:00 a.m. each trial day in order to address matters required to be addressed outside the presence of the jury.

The Court will impose time limits on the presentation of evidence.  The Court allocates 14 hours to Plaintiff and 14 hours to Defendant.  These time limits are inclusive of all witness examination, *i.e.*, direct, cross-, re-direct, and re-cross.  They do not include voir dire, opening statements, closing arguments, or the time required to present a punitive damages case, if necessary.

The Court will conduct preliminary voir dire, followed by counsel's voir dire.  Each side may conduct 20 minutes of voir dire of the first group of potential jurors, and an additional 10

/ / /

/ / /

/ / /

minutes each time the "six pack" is refilled.  The Court will seat nine jurors.

**IT IS SO ORDERED.**

Dated:  September 19, 2019



JON S. TIGAR
United States District Judge